FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1500, CENTENNIAL TOWER
101 MARIETTA  STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

March 26, 2018

**Via ECF**

Courtroom Deputies
United States District Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

     Re:   **United States v. Seymour Wright,**
          **1:16-cr-281-TCB-RGV-3;**
          **United States v. Mark Winders,**
          **1:17-cr-313-ELR-AJB;**
          **United States v. Marva Anderson,**
          **1:18-cr-005-SCJ;**
          **United States v. George Borbas,**
          **1:13-cr-025-SCJ-JFK-6;**
          **United States v. Ryan Rembert,**
          **1:17-cr-316-MHC-AJB;**
          **United States v. Andres Castaneda-Guzman,**
          **1:17-cr-397-SCJ-AJB;**
          **United States v. Monty Stansell,**
          **1:17-cr-436-ELR-JKL;**
          **United States v. Adam Delaney,**
          **3:17-cr-007-TCB;**
          **United States v. Gary Mealor,**
          **2:18-cr-005-RWS-JCF;**
          **United States v. Rashawn Dixon,**
          **2:18-cr-003-RWS-JCF;**
          **United States v. Reynolds Scott,**
          **1:16-cr-346-TWT-LTW;**
          **United States v. Rosa Valenzuela-Espinoza,**
          **1:17-cr-437-MLB-AJB;**
          **United States v. Daniel Sims,**
          **1:16-cr-388-ELR-LTW;**
          **United States v. Marqueze Winfrey,**
          **1:18-mj-226-LTW**

Dear Courtroom Deputies:

     This letter is to notify the Court pursuant LcrR 57.1E(4), NDGa, that I will be

out of the office on the following dates:

**April 5-6, 2018**
**May 30-June 1, 2018**
**July 16-20, 2018**
**September 17-21, 2018**

I request that the Court not schedule any court appearances in the above-referenced

matter for those dates.

Respectfully submitted,

*s/ Rebecca Shepard*
Staff Attorney

cc:  AUSA  (ECF)