ND/GA PROB 12B
(6/12)

UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 23 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Reynolds Scott**             Docket No. **1:16CR346-06-TWT**

Judicial Officer:   **Honorable Thomas W. Thrash, Jr.**
                    **Chief U. S. District Court Judge**

Date of Original Sentence: **August 2, 2017**

Original Offense: **Conspiracy to Defraud the Government, 18 U.S.C. § 286**

Original Sentence: **4 months BOP custody, followed by 3 years supervised release, $100.00 special assessment, $1,549,250.00 restitution to be paid at a rate of $250.00, pluse 25% of monthly gross income in excess of $2,500.00, DNA, no firearm, search, participate in Home Detention Location Monitoring Program for 4 months, financial disclosure, and no new credit**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **01/17/2018**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Violation No. 1 (Use of a Controlled Substance):** On August 1, 2018, Scott submitted a urine specimen which tested for marijuana. On August 6, 2018, the sample was confirmed positive by Alere Toxicology, Inc.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None

**PETITIONING THE COURT:**

To modify the conditions of supervision as follows:

The offender shall participate as directed in a program approved by the Probation Officer for treatment which includes testing for the detection of substance use or abuse.

Respectfully submitted,

_____  08/21/18
Michael J. Murphy            Date
U. S. Probation Officer

_____  8/21/18
T. Phillip Weaver            Date
Supervising U. S. Probation Officer

---

**THE COURT ORDERS:**

☒ The modification of conditions as noted above.

☐ No Action

☐ Other

_____
Honorable Thomas W. Thrash, Jr.
Chief U. S. District Court Judge

_____
8/22/18
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Waiver of Hearing to Modify Conditions
### of Probation or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision:

The offender shall participate as directed in a program approved by the Probation Officer for treatment which includes testing for detection of substance use or abuse.

Signed: _____
Reynolds Scott
Probationer

Witness: _____
Michael J. Murphy
U.S. Probation Officer

Date: 8/20/18