IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REYNOLDS SCOTT, III,<br><br>Defendant. | CRIMINAL FILE NO.<br>1:16-CR-346-6-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Defendant's Motion for Early Termination of Supervised Release [Doc. 290] which is DENIED for the reasons set forth in the Government's Response.

SO ORDERED, this 8 day of April, 2021.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\16\16cr346-6\termsr.docx